# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA JOYCE GILBERT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 15-898 |
| **TRANS UNION, LLC, ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 4th day of August, 2015, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 10:30 a.m. on Wednesday, September 9, 2015, in Chambers, Room 7614. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**